■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NANCY A. (INGRAM) BACON, Appellant. [604 NYS2d 873] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Oswego County Court, Auser, J.—Felony Driving While Intoxicated.) Present—Denman, P. J., Balio, Lawton, Doerr and Boehm, JJ.